UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZANN and HENRY ALDSWORTH, | : |
| | : CIVIL ACTION NO. 3:13-CV-2941 |
| Plaintiffs, | : |
| | : (JUDGE CONABOY) |
| v. | : |
| | : |
| STATE FARM FIRE AND CASUALTY COMPANY, | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

**AND NOW, THIS 14th OF FEBRUARY 2014, FOR THE REASONS DISCUSSED IN THE SIMULTANEOUSLY FILED MEMORANDUM, IT IS HEREBY ORDERED THAT:**

1. State Farm Fire and Casualty Company's Motion to Dismiss Plaintiff's Complaint (Doc. 4) is granted in part and denied in part;

2. The motion is granted insofar as Plaintiff's request for attorney's fees in Count I is stricken;

3. The motion is denied insofar as Plaintiff's claim for bad faith, Count II, goes forward.

                                                          <u>S/Richard P. Conaboy</u>
                                                          RICHARD P. CONABOY
                                                          United States District Judge